# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANNA MARIE BALTAR, D.O.; AND MIRIAM SITHOLE, APRN,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TARA D. CLARK NEWBERRY, DISTRICT JUDGE,
Respondents,
    and
BARRY HEIFETZ, INDIVIDUALLY; AND SPRING VALLEY HEALTHCARE, LLC, A FOREIGN LIMITED-LIABILITY COMPANY, D/B/A SPANISH HILLS WELLNESS SUITES,
Real Parties in Interest.

No. 84982

FILED

JUL 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

Petitioners on July 20, 2022, filed a notice of withdrawal of appeal, which is construed as a motion for voluntary dismissal of this matter under NRAP 42(b). The motion is granted, and this writ proceeding is dismissed.

It is so ORDERED.



, C.J.

cc:    Hon. Tara D. Clark Newberry, District Judge
       John H. Cotton & Associates, Ltd.
       Claggett & Sykes Law Firm
       McBride Hall
       Eighth District Court Clerk

22-22920